## O'Hara and Yancey *vs* Lannier.

Debt.

Case 35.

December 9.

ERROR TO THE OWEN CIRCUIT.

*Judgment. Power of attorney. Joint action.*

CHIEF JUSTICE ROBERTSON delivered the Opinion of the Court.

Warrant of attorney, to confess judgment before suit brought, is void.

IF the warrant of attorney, by *O'Hara and Yancey*, to confess judgment, should be considered judicially, as in the record before us, it should be deemed void, because it purports to have been given before the institution of the suit in which the confession was made, (1 *Stat. Law,* 412.)

Error in a joint action against 3, to enter judgment against 2, without finally disposing of the suit as to the other defendants.

But even if the warrant of attorney, though copied into the transcript, be not properly there, still the judgment against *O'Hara and Yancey* alone, without regularly disposing of the suit as to *Fant*, who was sued jointly with them and was equally liable, as drawer of the bill, on which the suit was brought, was, in our opinion, erroneous. The warrant to confess judgment for *O'Hara* and *Yancey*, as acceptor and endorser, cannot be construed as consenting to a judgment against them alone, without regularly disposing of the suit as to their co-defendant, *Fant:* but must be understood as only authorizing an acknowledgment of the justice of the action, so far as they themselves were concerned, or might have a right to resist it. There was, therefore, no more authority for the judgment against them alone, than there would have been had they made default instead of expressly authorizing a confession of the action.

It is true that, after taking the judgment, without noticing the co-defendant, Fant, it might have been erroneous, at a subsequent term, to prosecute the same action against *Fant*; because the cause of action being merged in the judgment as rendered, *transit in rem judicatum*, the legal effect of such a judgment, pretermitting a joint defendant, might be a virtual discontinuance as to him, as was suggested by this Court in the case of *Elledge at al. vs Bowman*, (5 *J. J. Mar.* 595.)

But nevertheless, as *O'Hara* and *Yancey* did not take the whole burthen of the action on themselves, and consent to the exoneration of the principal co-obligor, it was an error to their prejudice, to render judgment against them without prosecuting the action against him, either to judgment against him, at the same time, or to such a legal result as to have discharged him by express judgment of abatement or in bar.

And though the confession may have operated as a release of all errors before judgment, it could have no such effect as to the judgment itself.

Wherefore, the judgment of the Circuit Court is reversed and the cause remanded.

*Cates & Lindsey* for plaintiffs; *Owsley* for defendant.

Warrant of attorney by 2 of 3 who are jointly liable and sued jointly, cannot be construed to be a warrant to confess judgment, without judgment is also rendered against the third def't. or otherwise regularly disposing of the suit as to him.
</div>